

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00238-CR

## EX PARTE SALVADOR ZAVALA

**From the County Court
Navarro County, Texas
Trial Court No. 52,611**

## MEMORANDUM  OPINION

Salvador Zavala attempts to appeal from findings of fact and conclusions of law entered by the trial court regarding an application for writ of habeas corpus. The Clerk of this Court notified Zavala by letter dated July 2, 2010 that his appeal was subject to dismissal for want of jurisdiction because there was no final order from which to appeal. Further, no notice of appeal was filed with the trial court clerk. The Clerk also warned Zavala that the Court would dismiss the appeal unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. More than 21 days have passed and no response has been filed.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 44.3.  Further, Zavala's

"Motion to Permit Late Filing of Notice of Appeal" is dismissed as moot.



TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed August 4, 2010
Do not publish
[CR25]